**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

PATRICK W. THOMAS,

                              Plaintiff,

                                                                    **JUDGMENT**

          - against -
                                                                    CV-09-1045 (SJF)

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-------------------------------------------------------------X

          An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been

filed on September 20, 2010, granting the Defendant's motion for judgment on the pleadings,

denying Plaintiff's cross motion for judgment on the pleadings, and affirming the

Commissioner's decision, it is

          **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendant; that

Defendant's motion for judgment on the pleadings is granted; that Plaintiff's cross motion for

judgment on the pleadings is denied; and that the Commissioner's decision is affirmed.

Dated: Central Islip, New York
          September 23, 2010

                                        ROBERT C. HEINEMANN
                                        CLERK OF THE COURT

                              By:      /s/ Catherine Vukovich
                                        Deputy Clerk